FILED
JAN 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name  WEAVE, WILLIE
   (Last)   (First)   (Initial)

Prisoner Number  J-91389

Institutional Address  PELICAN BAY STATE PRISON
P.O. Box 7000 CRESCENT CITY, CA
95531.

(PR)

CV 08 0165

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

JW

WILLIE WEAVER
(Enter the full name of plaintiff in this action.)

vs.

WARDEN, CAPTAIN,
LIEUTENANT, SERGEANT,
CORRECTIONAL OFFICERS
TRUST OFFICE CANTEEN the month of DEC
(Enter the full name of the defendant(s) in this action))

Case No. _____
(To be provided by the clerk of court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT,**
**42 U.S.C §§ 1983**

*[All questions on this complaint form must be answered in order for your action to proceed.]*

I.   Exhaustion of Administrative Remedies

[Note: You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

   A.   Place of present confinement  P.S.U

   B.   Is there a grievance procedure in this institution?
       YES (✓)   NO ( )

   C.   Did you present the facts in your complaint for review through the grievance procedure?
       YES (✓)   NO ( )

   D.   If your answer is YES, list the appeal number and the date and result of the

COMPLAINT       - 1 -

```
 1          appeal at each level of review. If you did not pursue a certain level of appeal,
 2          explain why.
 3              1. Informal appeal _____
 4          _____
 5          _____2. First
 6          formal level _____
 7          _____
 8          _____
 9              3. Second formal level _____
10          _____
11          _____4 Third
12          formal level _____
13          _____
14          _____
15      E.  Is the last level to which you appealed the highest level of appeal available to
16          you?
17              YES ( )    NO (✓)
18      F.  If you did not present your claim for review through the grievance procedure,
19  explain why.    STILL BEING PROCESSED
20  _____
21  _____
22  II.  Parties
23      A.  Write your name and your present address. Do the same for additional plaintiffs,
24          if any.
25  WILLIE WEAVER  PELICAN BAY STATE
26  PRISON P.O. BOX 7000 CRESCENT CITY,
27  CALIFORNIA  95531
28      B.  Write the full name of each defendant, his or her official position, and his or her
```

COMPLAINT                                      - 2 -

1  place of employment.
2  WARDEN, CAPTAIN, LIEUTENANT,
3  SERGEANT, CORRECTIONAL OFFICERS,
4  TRUST OFFICE, CANTEEN
5
6                                                                III.
7  Statement of Claim
8      State here as briefly as possible the facts of your case. Be sure to describe how each
9  defendant is involved and to include dates, when possible. Do not give any legal arguments or
10 cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
11 separate numbered paragraph.
12 FOR DECEMBER PLAINTIFF PUT
13 IN FOR STORE CORRECTIONAL
14 OFFICER TESTA PICK UP STORE LIST
15 AND DUCUTS, BUT THERE WAS NO
16 STORE FOR PLAINTIFF, THIS IS
17 CONSPIRACY PENAL CODE 182,
18 HARRASSMENT, PENAL CODE 646.9
19 DEFENDANT'S SHOWED DELIBERATE
20 INDIFFERENCE UNDER THE EIGHT
21 AMENDMENT THAT CONSTITUE
22 CRUEL UNUSUAL PUNISHMENT.
23
24
25 IV.   Relief
26     Your complaint cannot go forward unless you request specific relief. State briefly exactly
27 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
28

COMPLAINT                          - 3 -

LIABILITY DAMAGES: 25,000 TWENTY FIVE THOUSAND DOLLARS DUE TO: CONSPIRACY, HARRASSMENT, U.S. CONSTITUTION VIOLATION
PUNITIVE DAMAGES: 25,000 TWENTY FIVE THOUSAND DOLLARS DUE TO: MENTAL ANGUISH, STRESS DISORDER,

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 12/29/07 day of 29 , 20 07

_Willie Weaver_
(Plaintiff's signature)

COMPLAINT     - 4 -

WILLIE WEAVER
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. Box 7000
CRESCENT CITY, CA.
95531.

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532




02 1M
0004217666   DEC
MAILED FROM ZIP CODE

**RECEIVED**

JAN - 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CONFIDENTIAL
LEGAL MAIL

9410273661

OFFICE OF THE CLERK
UNITED STATES DISTRICT
COURT NORTHERN DISTRICT
OF CALIFORNIA 450
GOLDEN GATE AVE
SAN FRANCISCO, CA.