03/07/08
WILLIE WEAVER
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. Box 7000
CRESCENT CITY, CA.
95531

IN THE UNITED STATES
DISTRICT COURT FOR
THE NORTHERN DISTRICT
OF CALIFORNIA

WILLIE WEAVER,
       PLAINTIFF,
   vs.
PELICAN BAY STATE
PRISON,
       DEFENDANT(S)

CASE NO. CV-08-0165
JW (PR)

AFFIDAVIT FOR
EXTENSION OF TIME

YOUR HONORABLE JUDGE;
OFFICE OF THE CLERK;

PLAINTIFF WILLIE WEAVER HEREBY DECLARE UNDER PENALTY OF PERJURY THAT I AM REPRESENTIVE IN THIS PROPRIA PERSONAM DUE TO LIMITED TIME, LIMITED COOPERATION FROM LEGAL LAW LIBRARY.

PLAINTIFF CANNOT FILE THE APPLICATION TO PROCEED IN FORMA PAUPERIS. IN VIEW OF THE FOR GOING PLAINTIFF, REQUEST AN EXTENSION OF 30 DAYS AND TO INCLUDING NEW DEADLINE IN WHICH TO FILE APPLICATION TO PROCEED IN FORMA PAUPERIS.

Willie Weaver
SIGNATURE

IN THE UNITED STATES
DISTRICT COURT FOR THE
NORTHERN DISTRICT OF
CALIFORNIA

WILLIE WEAVER,
             PLAINTIFF,
VS.                                    CASE NO. CV-08-0165
                                       JW (PR)
PELICAN BAY STATE
PRISON
             DEFENDANT(S),            PROOF OF SERVICE

I hereby CERTIFY THAT ON 03/07/08 I SERVED A COPY OF THE ATTACHED THREE EXACT AFFIDAVIT FOR EXTENSION OF TIME

BY PLACING A COPY IN A POSTAGE PAID ENVELOPE ADDRESSED TO THE PERSON(S) HERE IN AFTER LISTED, by depositing SAID ENVELOPE IN THE UNITED STATES MAIL AT PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.

(LIST NAME AND ADDRESS OF EACH DEFENDANT OR ATTORNEY SERVED) OFFICE OF THE CLERK, IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA 450 GOLDEN GATE AVENUE SAN FRANCISCO, CA. 94102.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

                                       Willie Weaver
                                       SIGNATURE