FILED

MAR 2 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER
   Plaintiff,

vs.

PELICAN BAY STATE PRISON
   Defendant.

CASE NO. CV-08-0165

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, WILLIE WEAVER, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS      - 1 -

1 | If the answer is "no," state the date of last employment and the amount of the gross and net
2 | salary and wages per month which you received. (If you are imprisoned, specify the last
3 | place of employment prior to imprisonment.)
4 | _____SACRAMENTO AIRPORT 300 WEEKLY
5 | _____12.000 MONTHLY_____
6 | _____

7 | 2.   Have you received, within the past twelve (12) months, any money from any of the
8 | following sources:
9 |    a.   Business, Profession or                  Yes ___ No ✓
10 |         self employment
11 |   b.   Income from stocks, bonds,               Yes ___ No ✓
12 |         or royalties?
13 |   c.   Rent payments?                           Yes ___ No ✓
14 |   d.   Pensions, annuities, or                  Yes ___ No ✓
15 |         life insurance payments?
16 |   e.   Federal or State welfare payments,       Yes ___ No ✓
17 |         Social Security or other govern-
18 |         ment source?
19 | If the answer is "yes" to any of the above, describe each source of money and state the amount
20 | received from each.
21 | _____
22 | _____
23 | 3.   Are you married?                           Yes ___ No ✓
24 | Spouse's Full Name: _____
25 | Spouse's Place of Employment: _____
26 | Spouse's Monthly Salary, Wages or Income:
27 | Gross $_____  Net $_____
28 | 4.   a.   List amount you contribute to your spouse's support:$ _____

1   b.   List the persons other than your spouse who are dependent upon you for
2        support and indicate how much you contribute toward their support. (NOTE:
3        For minor children, list only their initials and ages. DO NOT INCLUDE
4        THEIR NAMES.).
5   _____
6   _____
7   5.   Do you own or are you buying a home?    Yes ____ No __✓__
8   Estimated Market Value: $_____ Amount of Mortgage: $_____
9   6.   Do you own an automobile?               Yes ____ No __✓__
10  Make _____ Year _____ Model _____
11  Is it financed? Yes ____ No __✓__ If so, Total due: $_____
12  Monthly Payment: $_____
13  7.   Do you have a bank account? Yes ____ No __✓__ (Do not include account numbers.)
14  Name(s) and address(es) of bank: _____
15  _____
16  Present balance(s): $_____
17  Do you own any cash? Yes ____ No __✓__ Amount: $_____
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.)   Yes ____ No __✓__
20  _____
21  8.   What are your monthly expenses?
22  Rent: $_____ Utilities: _____
23  Food: $_____ Clothing: _____
24  Charge Accounts:
25  Name of Account          Monthly Payment          Total Owed on This Acct.
26  _____          $_____          $_____
27  _____          $_____          $_____
28  _____          $_____          $_____

9.  Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?  Yes ___  No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

01/18/07                           Willip Weaver
DATE                               SIGNATURE OF APPLICANT

Case Number: _____

# CERTIFICATION OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Willie Eugene Weaver   J91389</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>5.63</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>10.28</u>.      (20%= $2.06)

Dated: 3/12/08

_____
Authorized officer of the institution



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 3-11-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

```
                      CALIFORNIA DEPARTMENT OF CORRECTIONS
                            PELICAN BAY STATE PRISON
                          INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

               FOR THE PERIOD: SEP. 01, 2007 THRU MAR. 11, 2008

ACCOUNT NUMBER : J91389                  BED/CELL NUMBER: BF02U 000000210S
ACCOUNT NAME   : WEAVER, WILLIE EUGENE   ACCOUNT TYPE: I
PRIVILEGE GROUP: D
```

## TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 09/01/2007 | | BEGINNING BALANCE | | | | | 0.00 |
| 11/27 | *DD30 | CASH DEPOSIT | 2318 ML101 | | 11.25 | | 11.25 |
| 11/27 | W211 | FEDERAL FILIN | 2333 | 11/27 | | 1.40 | 9.85 |
| 11/27 | W214 | FEDERAL FILIN | 2333 | 11/27 | | 1.40 | 8.45 |
| 11/27 | W215 | FEDERAL FILIN | 2333 | 11/27 | | 1.40 | 7.05 |
| 11/27 | W212 | FEDERAL FILIN | 2333 | 11/27 | | 1.40 | 5.65 |
| 11/27 | W212 | FEDERAL FILIN | 2333 | 11/27 | | 1.40 | 4.25 |
| 11/27 | W212 | FEDERAL FILIN | 2333 | 11/27 | | 1.40 | 2.85 |
| 11/27 | W214 | FEDERAL FILIN | 2333 | 11/27 | | 1.40 | 1.45 |
| 11/27 | W211 | FEDERAL FILIN | 2333 | 11/27 | | 1.40 | 0.05 |
| 12/27 | *DD30 | CASH DEPOSIT | 2711 #122 | | 22.50 | | 22.55 |
| ACTIVITY FOR 2008 | | | | | | | |
| 01/03 | FC10 | DRAW-FAC 10 | 2808 B2 | | | 17.23 | 5.32 |
| 01/15 | W516 | LEGAL COPY CH | 3013 | | | 2.40 | 2.92 |
| 02/05 | W861 | REVERSE LEGAL | 3408/3013 | | | 2.40- | 5.32 |

## CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 07/31/2007 | H103 | DAMAGES-REFUSED TO SIGN HOLD | 0506 CCI | 2.87 |
| 07/31/2007 | H103 | DAMAGES-REFUSED TO SIGN HOLD | 0506 CCI | 2.45 |
| 01/08/2008 | H116 | FEDERAL FILING FEE HOLD | 2864 12/27 | 22.50 |

## * RESTITUTION ACCOUNT ACTIVITY

```
DATE SENTENCED: 01/19/96                 CASE NUMBER: 94F09335
COUNTY CODE: SAC                         FINE AMOUNT: $  5,600.00
```

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| 09/01/2007 | | BEGINNING BALANCE | | 5,318.82 |



THE WITHIN INSTRUMENT IS A CORRECT  
COPY OF THE TRUST ACCOUNT MAINTAINED  
BY THIS OFFICE.  
ATTEST: 3-11-08  
CALIFORNIA DEPARTMENT OF CORRECTIONS  
BY _J. Kleppin_ pg 1 of 2  
TRUST OFFICE

REPORT ID: TS3030 .701                                           REPORT DATE: 03/11/08
                                                                 PAGE NO:          2
Case 5:08-cv-00165-JW    Document 5    Filed 03/26/2008    Page 7 of 7

```
                        PELICAN BAY STATE PRISON
                       INMATE TRUST ACCOUNT STATEMENT

                FOR THE PERIOD: SEP. 01, 2007 THRU MAR. 11, 2008

ACCT:   J91389       ACCT NAME: WEAVER, WILLIE EUGENE        ACCT TYPE: I


                        * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 01/19/96                      CASE NUMBER: 94F09335
COUNTY CODE:    SAC                           FINE AMOUNT: $   5,600.00

  DATE       TRANS.      DESCRIPTION                  TRANS. AMT.     BALANCE
  ----       ------      -----------                  -----------     -------
11/27/07     DR30        REST DED-CASH DEPOSIT           12.50-       5,306.32
12/27/07     DR30        REST DED-CASH DEPOSIT           25.00-       5,281.32

     * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
     * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                           TRUST ACCOUNT SUMMARY

BEGINNING      TOTAL        TOTAL         CURRENT       HOLDS        TRANSACTIONS
 BALANCE      DEPOSITS    WITHDRAWALS     BALANCE      BALANCE       TO BE POSTED
---------    ---------    -----------    ---------    ---------     ------------
   0.00        33.75         28.43          5.32        27.82            0.00


                                                             CURRENT
                                                            AVAILABLE
                                                             BALANCE
                                                            ---------
                                                              22.50-
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 3-11-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _J Klepper_  pg 2 of 2
TRUST OFFICE