04/05/08
WILLIE WEAVER
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA.
95531.

IN THE UNITED STATES
DISTRICT COURT FOR THE
NORTHERN DISTRICT OF
CALIFORNIA

WILLIE WEAVER,
    PLAINTIFF,
VS.

PELICAN BAY STATE
PRISON,
    DEFENDANT(S).

CASE NO. CV-08-00165
JW (PR)

NOTICE OF APPEAL

YOUR HONORABLE JUDGE:
OFFICE OF THE CLERK:

NOTICE IS HEREBY GIVEN THAT PLAINTIFF HEREby APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT FROM ORDER TERMINATION ENTERED IN THIS ACTION 02/29/08.

RESPECTIBLE SUBMITTED
*Willie Weaver*
SIGNATURE

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

IN THE UNITED STATES
DISTRICT COURT FOR
NORTHERN DISTRICT OF
CALIFORNIA

WILLIE WEAVER,
           PLAINTIFF,
VS.                          CASE NO. CV-08-00165
                             JW (PR)
PELICAN BAY STATE

PRISON                      / PROOF OF SERVICE
       DEFENDANT(S)

I hereby certify that on: 04/05/08, I served a copy of the attached THREE EXACT MOTION NOTICE OF APPEAL

(b) BY PLACING A COPY IN A POSTAGE PAID ENVELOPE ADDRESSED TO THE PERSON(S), HERE IN AFTER LISTED, by depositing SAID ENVELOPE IN THE UNITED STATES MAIL AT: PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531,

(LIST NAME AND ADDRESS OF EACH DEFENDANT OR ATTORNEY SERVED) OFFICE OF THE CLERK, IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA 450 GOLDEN GATE AVENUE SAN FRANCISCO, CA. 94102

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

                              Willie Weaver
                              SIGNATURE

WILLIE WEAVER
J-91389
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA.
95531.

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532



02 1M
0004217666
MAILED FROM ZIP

PELICAN BAY
P.S.U. UNIT B-2

CONFIDENTIAL
LEGAL MAIL

CASE NO. CV-08-
JW (PR) OFFICE OF
IN THE UNITED ST
DISTRICT COURT F
NORTHERN DISTRICT
CALIFORNIA 450 G
GATE AVENUE
SAN FRANCISCO, CA.