**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

---

www.cand.uscourts.gov

Richard W. Wieking                                                General Court Number
Clerk                                                             408.535.5364


April 17, 2008


Willie Eugene Weaver
J-91389
Pelican Bay State Prison
P. O. Box 7000
Crescent City, Ca 95531-7000


SUBJECT:    Request for Payment of Docket Fee

   Title:  **WILLIE WEAVER -v- Warden et.al.**
   Case Number:    **CV 07-00165  JW**
   Court of Appeals Number:

A notice of appeal was filed with this Court on 417/08 and the docketing fee of $455.00 has not been received. Please forward the above referenced fee to this office immediately.

The check is to be made payable to "CLERK, U.S. DISTRICT COURT."

                    Sincerely,

                    RICHARD W. WIEKING, Clerk



                    by:  **Cindy Vargas**
                    **Case Systems Administrator**


cc: U.S. Court of Appeals